■ MICHELLE MARSHALL, Respondent, v 426-428 WEST 46TH STREET OWNERS, INC., et al., Respondents. PRIMAX RECOVERIES INCORPORATED, Nonparty Appellant. [821 NYS2d 884]—Order, Supreme Court, New York County (Jane S. Solomon, J.), entered December 13, 2005, which denied nonparty appellant's motion to intervene, unanimously affirmed, with costs.

The reimbursement provision in plaintiff's medical benefits plan is virtually identical to that in *Halloran v Don's 47 W. 44th St. Rest. Corp.* (255 AD2d 206 [1998]), wherein we upheld the denial of intervention by a health insurer on the grounds that it would be premature and could place the insurer's interests in conflict with those of its insured. We decline appellant's invitation to reconsider our reasoning in that case. Accordingly, it is unnecessary to address the other contentions for affirmative relief. The motion court adequately addressed appellant's concerns by directing segregation in the eventual settlement or judgment of the amount of medical benefits paid on plaintiff's behalf. Concur—Saxe, J.P., Marlow, Nardelli, Sweeny and Catterson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRIS MOHAMED, Appellant. [822 NYS2d 474]—Judgment, Supreme Court, New York County (Charles Solomon, J.), rendered on or about June 17, 2004, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Sullivan, McGuire and Malone, JJ.